[No. 40683-7-II. Division Two. January 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL M. KLEIN, *Appellant*.

 *Remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 28054-3-III. Division Three. January 6, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. TYLER W. GASSMAN, *Respondent*.

 *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J. 

[No. 28270-8-III. Division Three. January 6, 2011.]

B&G ENTERTAINMENT, LLC, *Appellant*, v. WASHINGTON STATE UNIVERSITY, *Respondent*.

 *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 62418-1-I. Division One. January 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD EUGENE RILEY, *Appellant*.

 *Reversed* and *remanded* by unpublished per curiam opinion.